**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, WILLIAM HAYDEN CRAIG III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>WILLIAM HAYDEN CRAIG III,<br><br>               Defendant. | CASE NO. 6:18-mj-0056-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO FEBRUARY 26, 2019; ORDER THEREON**<br><br>**Date:** December 11, 2018<br>**Time:** 10:00 AM<br>**Judge:** Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the Defendant, WILLIAM HAYDEN CRAIG III, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter

///

///

///

///

///

///

///

STIPULATION TO CONTINUE STATUS
CONFERENCE TO FEBRUARY 26, 2018;
[PROPOSED] ORDER THEREON

1

currently scheduled for December 11, 2018, at 10:00 a.m. be continued until February 26, 2018, at 10:00 a.m.

More time is needed for defense investigation and to engage in settlement negotiation.

Dated: December 10, 2018                /s/ Carol Ann Moses
                                        CAROL ANN MOSES
                                        Attorney for Defendant,
                                        WILLIAM HAYDEN CRAIG III

Dated: December 10, 2018                /s/ Susan St. Vincent
                                        SUSAN ST. VINCENT
                                        Legal Officer
                                        National Park Service

**ORDER**

GOOD CAUSE APPEARING, the above request to continue the status conference hearing in Case No. 6:18-mj-0056-JDP to February 26, 2019, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   December 11, 2018              _____
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS
CONFERENCE TO FEBRUARY 26, 2018;
[PROPOSED] ORDER THEREON