| | |
|---|---|
| 1 | **CAROL ANN MOSES  #164193** |
| | Attorney at Law |
| 2 | 7636 N. Ingram Ave., #104 |
| | Fresno, California  93711 |
| 3 | Telephone:  (559) 449-9069 |
| | Facsimile:    (559) 513-8530 |
| 4 | carol@yosemitelawyer.com |
| 5 | |
| | Attorney for Defendant, |
| 6 | WILLIAM HAYDEN CRAIG, III |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:18-mj-00056-JDP | |
| | ) | | |
| Plaintiff, | ) | STIPULATION TO VACATE REVIEW | |
| | ) | HEARING AND TERMINATE | |
| | ) | PROBATION PURSUANT TO 18 U.S.C. | |
| vs. | ) | § 3564(c) AND ORDER | |
| | ) | | |
| | ) | | |
| WILLIAM HAYDEN CRAIG, III, | ) | | |
| | ) | Date:   February 25, 2020 | |
| | ) | Time:   10:00 AM | |
| Defendant. | ) | Judge:  Hon. Jeremy D. Peterson | |
| _____ | ) | | |

**IT IS HEREBY STIPULATED** by and between Defendant, WILLIAM HAYDEN CRAIG, III, his attorney of record, CAROL ANN MOSES, and Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Review Hearing in the above captioned matter currently scheduled for February 25, 2020, be vacated.

On March 19, 2019, Mr. Craig pleaded guilty to one count of 36 C.F.R. § 4.2 – Driving recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol was a factor. The Court ordered Mr. Craig to twelve months of unsupervised probation, with the conditions that he obey all laws and complete the Wet Reckless Program through the California Department of Motor Vehicles. He was also ordered to pay a $10.00 special assessment fee and a $490.00 fine totaling a $500.00 financial obligation.

Mr. Craig has paid his $500.00 financial obligation in full and completed the Wet

Reckless Program through the California Department of Motor Vehicles. Mr. Craig is currently in compliance with all conditions of his probation and he hereby requests that the Review Hearing in the above captioned matter currently scheduled for February 25, 2020 be vacated.

Additionally, pursuant to 18 U.S.C. § 3564(c), Mr. Craig moves to terminate his probation early because the he has satisfied all conditions of probation. Presently, the Defendant's probation is set to expire on March 19, 2020.

The parties stipulate that the Defendant has completed all of his sentencing obligations by paying his fine and obeying all laws.

Dated:  February 18, 2020                     /s/ Carol Ann Moses
                                              CAROL ANN MOSES
                                              Attorney for Defendant,
                                              WILLIAM HAYDEN CRAIG, III

Date:   February 18, 2020                     /s/ Susan St. Vincent
                                              SUSAN ST. VINCENT
                                              Legal Officer
                                              The National Park Service

ORDER

The court accepts the above proposed order and adopts its terms as the order of this court in Case No. 6:18-mj-00056-JDP. Accordingly,

1. The review hearing for WILLIAM HAYDEN CRAIG, III currently scheduled for February 25, 2020, at 10:00 a.m., shall be vacated.
2. WILLIAM HAYDEN CRAIG, III, shall be discharged early from his probationary term, which is currently set to expire on March 19, 2020, under 18 U.S.C. § 3564(c).

IT IS SO ORDERED.

Dated:   February 21, 2020

_____
UNITED STATES MAGISTRATE JUDGE